Commonwealth *v.* Stippick, Appellant.

Submitted June 10, 1968. *Gilbert Stippick,* appellant, in propria persona; *Welsh S. White* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Veney, Appellant.

Argued June 12, 1968. *Russell R. Levin,* with him *Levin, Levin & Levin,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Charles W. Sweeney, Jr.,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.